IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GLOBAL EQUITY MANAGEMENT (SA) PTY. LTD.,<br><br>  Plaintiff,<br><br>  v.<br><br>ERICSSON, INC.,<br>AMAZON WEB SERVICES, INC., and VADATA, INC.<br><br>  Defendants. | Case No. 2:16-cv-00618-RWS-RSP |

## ORDER

Before the Court is Defendant Amazon Web Services, Inc., and VADATA, Inc. ("Amazon")'s Motion to Dismiss or, in the Alternative, Transfer Claims Against Amazon Under The First-to-File Rule and to Stay Claims Against Customer Defendant Ericsson, Inc. Pending Resolution of the First-Filed Action in the Eastern District of Virginia (Dkt. No. 10), as well as Defendant Ericsson Inc. ("Ericsson")'s Motion to Stay and Joinder in Amazon's Motion to Stay (Dkt. No. 16). For the reasons forth in the accompanying Memorandum Order, the Court hereby **GRANTS** the motions as follows.

In order to transfer only the member case of *GEMSA v. Ericsson, Inc., et al.,* 2:16-cv-618, to the United States District Court for the Eastern District of Virginia, the Clerk is directed to sever out the following pleadings into a new case, which shall be **TRANSFERRED** to the Eastern District of Virginia:

Docket Nos. 1, 8, 10, 11, 13, 14, 15, 16, 17, 18, 19, 20, 21, and 23.

1

The Court then **STAYS** the remaining cases now consolidated under lead case 2:16-cv-618, pending resolution of the transferred case and Amazon's declaratory judgment action in the United States District Court for the Eastern District of Virginia (E.D. Va Case No. 3:16-cv-619).

The Court also hereby **GRANTS** all the specifically listed motions to stay (by Docket Number) in these consolidated cases:

(1) *GEMSA v. Johnson & Johnson USA, Inc.,* 2:16-cv-619 (Dkt. No. 9);

(2) *GEMSA v. Philips, Inc.,* 2:16-cv-620 (Dkt. No. 7);

(3) *GEMSA v. SAP America, Inc.,* 2:16-cv-621 (Dkt. No. 8);

(4) *GEMSA v. Siemens Corporation*, 2:16-cv-622 (Dkt. Nos. 10, 12);

(5) *GEMSA v. The Nasdaq OMX Group*, 2:16-cv-623 (Dkt. No. 7);

(6) *GEMSA v. Ticketleap.com, LLC et al*, 2:16-cv-624 (Dkt. No. 7);

(7) *GEMSA v. Live Nation Entertainment, Inc. (d/b/a Ticketmaster, Inc.),* 2:16-cv-625 (Dkt. Nos. 8, 11);

(8) *GEMSA v. Ubisoft Studio Inc. (d/b/a Ubisoft)*, 2:16-cv-626 (Dkt. No. 8, 13);

(9) *GEMSA v. General Electric Company*, 2:16-cv-627 (Dkt. No. 7);

(10) *GEMSA v. McGraw Hill Fin., Inc. (d/b/a S&P Global and S&P Capital IQ),* 2:16-cv-628 (Dkt. Nos. 10, 14);

(11) *GEMSA v. Zynga, Inc.,* 2:16-cv-629 (Dkt. No. 7);

(12) *GEMSA v. Alcatel-Lucent, Inc.,* 2:16-cv-630 (Dkt. No. 11);

(13) *GEMSA v. Uber Technologies, Inc.,* 2:16-cv-631 (Dkt. No. 7, 18);

(14) *GEMSA v. Artek Surfin Chemicals, Ltd. (d/b/a Galata Chemicals, LLC),* 2:16-cv-632 (Dkt. No. 11);

(15) *GEMSA v. Netflix, Inc.,* 2:16-cv-633 (Dkt. No. 7);

(16) *GEMSA v. AdRoll Inc.,* 2:16-cv-634 (Dkt. No. 11);

(17) *GEMSA v. Spotify USA, Inc.,* 2:16-cv-635 (Dkt. No. 12),

(18) *GEMSA v. Hitachi America, Ltd.,* 2:16-cv-636 (Dkt. No. 9);

(19) *GEMSA v. Zillow, Inc. et al*, 2:16-cv-637 (Dkt. No. 7); and

(20) *GEMSA v. Amazon.com, Inc., et al*, 2:16-cv-823 (Dkt. No. 8).

**IT IS SO ORDERED.**

**SIGNED** this 24th day of January, 2017.

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE