## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| GLOBAL EQUITY MANAGEMENT (SA) PTY. LTD., <br><br>     Plaintiff, <br><br> v. <br><br> ERICSSON INC., et al., <br><br>     Defendants. | No. 2:16-CV-00618-RWS-RSP <br> (Consolidated Lead Case) |
| GLOBAL EQUITY MANAGEMENT (SA) PTY. LTD., <br><br>     Plaintiff, <br><br> v. <br><br> PHILIPS, INC., <br> AMAZON WEB SERVICES, INC., <br> and VADATA, INC., <br><br>     Defendants. | No. 2:16-CV-00620-RWS-RSP <br> (Consolidated Case) |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Having considered the parties' Joint Motion for Dismissal Without Prejudice [Dkt. # 181], the Court **GRANTS** the motion and **DISMISSES** all claims asserted in this action by Plaintiff Global Equity Management (SA) Pty. Ltd. (GEMSA) **WITHOUT PREJUDICE**. Further, the Court **ORDERS** that Defendants Philips Electronics North America Corp. and Philips Healthcare Informatics Inc. (collectively, "Philips") shall not directly or indirectly seek reexamination or *inter partes* review of U.S. Patents 6,690,400 or 7,356,677 (the GEMSA patents) unless and until GEMSA files any action for infringement of the GEMSA patents against Philips or any party based on the use of Philips' or Philips' Affiliates' technology.

**SIGNED this 5th day of September, 2018.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE